UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. HARRINGTON,

    Petitioner,

                                                        Case No. 1:05-cv-468

v

                                                        Hon. Wendell A. Miles

KEN McKEE, WARDEN,
BELLAMY CREEK CORRECTIONAL
FACILITY,

    Respondent.

_____/

## JUDGMENT

The petition for writ of habeas corpus is denied.

Entered this 4th day of November, 2008.

                                                                             /s/ Wendell A. Miles
                                                                       Wendell A. Miles, Senior Judge